# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                   :      Chapter   7

                                        :

Eric Jones                              :

                                        :

            Debtor                      :      Bankruptcy No. 14-19109ELF

## ORDER

        AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 11/17/14 and extended to 12/24/14,
this case be

and the same is hereby DISMISSED.


**Date: 2/4/15**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge


Missing Documents:
            Schedules B,C,E,F,G,H,
            Statement of current monthly income
            Statement of financial affairs
            Summary of schedules
            Statistical summary of certain liabilities

bfmisdoc elf (1/22/15)